No. 03–5350.  Moore v. MJ Kortsch Moving & Storage et al.  C. A. 7th Cir.  Certiorari denied.

No. 03–5351.  Keeby v. Indiana.  Ct. App. Ind.  Certiorari denied.

No. 03–5352.  Lynn v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division.  C. A. 5th Cir.  Certiorari denied.

No. 03–5353.  Mishra v. United States.  C. A. 3d Cir.  Certiorari denied.

No. 03–5354.  McKenna v. Crist, Attorney General of Florida (two judgments).  C. A. 11th Cir.  Certiorari denied.

No. 03–5355.  Battle v. Runnels, Warden.  C. A. 9th Cir.  Certiorari denied.

No. 03–5356.  Williams v. Stegall, Warden.  C. A. 6th Cir.  Certiorari denied.

No. 03–5357.  Burks v. Hall, Warden.  C. A. 9th Cir.  Certiorari denied.

No. 03–5358.  McWhorter v. McWhorter.  Sup. Ct. Ark.  Certiorari denied.

No. 03–5359.  Nunez-Martinez v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 03–5360.  White v. Maryland.  Ct. App. Md.  Certiorari denied.

No. 03–5361.  Segundo Calleja v. Holder, Warden.  C. A. 11th Cir.  Certiorari denied.

No. 03–5362.  Anderson v. Hamlet, Warden.  C. A. 9th Cir.  Certiorari denied.

No. 03–5363.  Pickett v. Hendricks, Administrator, New Jersey State Prison, et al.  C. A. 3d Cir.  Certiorari denied.

No. 03–5364.  Orianwo v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 03–5365.  Gazaway v. Yarborough, Warden.  C. A. 9th Cir.  Certiorari denied.